Decided January 20, 2012

REID AND RIEGE, P.C. *v.* BARRY L. BULAKITES

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 209 (AC 32497), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*John Q. Gale,* in support of the petition.

*Paul E. Pollock,* in opposition.

Decided January 20, 2012

KEVIN ALLDRED *v.* ELIZABETH ALLDRED

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 430 (AC 32933), is dismissed.

*Erich H. Gaston,* in support of the petition.

Decided January 20, 2012